```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX037691
Cashier ID: mf
Transaction Date: 05/06/2011
Payer Name: CAROL J LEFLER
----------------------------------
CIVIL FILING FEE
 For: CAROL J LEFLER
 Amount:         $350.00
----------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
----------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

11-CV-1220


A fee of $45.00 will be assessed on
any returned check.
```