## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

| | |
|---|---|
| TRIAD BANK, | ) |
| A Missouri chartered bank, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COLORADO CAPITAL BANK, | ) |
| A Colorado chartered bank, | ) |
| | ) |
| Defendant. | ) |

### **TRIAD BANK'S NOTICE OF RELATED CASES**

Pursuant to D.C.Colo.LCivR. 7.5, Plaintiff Triad Bank hereby files its Notice of Related Cases and states that there are no related cases.

Dated: May 6, 2011                                   Respectfully submitted,

*s/ Geraldine A. Brimmer*
Geraldine A. Brimmer
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, Colorado 80302
Telephone: (303) 473-2700
Facsimile: (303) 473-2720
E-mail: gbrimmer@hollandhart.com

Joseph E. Martineau
LEWIS, RICE & FINGERSH, L.C.
600 Washington, Suite 2600
St. Louis, Missouri 63101
Telephone: (314) 444-7729
Facsimile: (314) 612-7729
E-mail: jmartineau@lewisrice.com

*Application for Admission Pending*

ATTORNEYS FOR PLAINTIFF
TRIAL BANK

5100397_1.DOCX