# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

| | |
|---|---|
| TRIAD BANK, | ) |
|     A Missouri chartered bank, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COLORADO CAPITAL BANK, | ) |
|     A Colorado chartered bank, | ) |
| | ) |
|         Defendant. | ) |

## **PLAINTIFF TRIAD BANK'S D.C.COLO.LCIVR. 7.4 DISCLOSURE STATEMENT**

In accordance with D.C.Colo.LCivR. 7.4, Plaintiff Triad Bank states that it is wholly owned by Triad Bancorp, Inc., a privately held corporation.

Dated: May 6, 2011

Respectfully submitted,

*s/ Geraldine A. Brimmer*
Geraldine A. Brimmer
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, Colorado 80302
Telephone: (303) 473-2700
Facsimile: (303) 473-2720
E-mail: gbrimmer@hollandhart.com

Joseph E. Martineau
LEWIS, RICE & FINGERSH, L.C.
600 Washington, Suite 2600
St. Louis, Missouri 63101
Telephone: (314) 444-7729
Facsimile: (314) 612-7729
E-mail: jmartineau@lewisrice.com

*Application for Admission Pending*

ATTORNEYS FOR PLAINTIFF
TRIAL BANK

5100394_1.DOCX