# 11-CV-1220-MSK-BNB

## SUMMONS IN A CIVIL ACTION

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TRIAD BANK,<br>    a Missouri chartered bank,<br><br>    Plaintiff,<br><br>v.<br><br>COLORADO CAPITAL BANK,<br>    a Colorado chartered bank,<br><br>    Defendant. | CASE NO.: |

TO THE ABOVE DEFENDANT:    COLORADO CAPITAL BANK
c/o Donna L. Vance, Registered Agent
7505 Village Square Drive, #101
Castle Rock, Colorado 80108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Geraldine A. Brimmer
    Holland & Hart LLP
    1800 Broadway, Suite 300
    Boulder, CO 80302

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

Date: 5/06/11

CLERK OF COURT

Signature of Clerk or Deputy

## **AFFIDAVIT OF SERVICE**

### UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 11CV1220


FRS2011003727

Plaintiff:
**Triad Bank, a Missouri chartered bank**

vs.

Defendants:
**Colorado Capital Bank, a Colorado chartered bank**

For:
Boulder, Co
Holland & Hart, LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302

Received by Front Range Legal Process Service, Inc. to be served on **Colorado Capital Bank R/A Donna L. Vance, 7505 Village Square Drive #101, Castle Rock, CO 80108**.

I, Kevin Oswald, being duly sworn, depose and say that on the **10th day of May, 2011** at **12:23 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action; Complaint Seeking Declaratory Judgment And Other Relief; Civil Cover Sheet; Plaintiff Triad Bank's D.C.Colo.LCivR.7.4 Disclosure Statement; Triad Bank's Notice Of Related Cases** with the date and hour of service endorsed thereon by me, to: **Tammy Weiser** as **V.P. Loan Officer** for **Colorado Capital Bank**, at the address of: **7505 Village Square Drive #101, Castle Rock, CO 80108**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 11th day of May, 2011 by the affiant who is personally known to me.

_____
Notary public

JULIA BARELA
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires: 07/13/2013

_____
Kevin Oswald

**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**(888) 387-3783**

Our Job Serial Number: FRS-2011003727

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g