IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

        Plaintiff,

v.

COLORADO CAPITAL BANK, a Colorado chartered bank,

        Defendant.

---

**STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

---

Defendant Colorado Capital Bank (hereinafter "CCB"), by and through its undersigned counsel, respectfully submits the following Stipulated Motion for Extension of Time to Answer or Otherwise Respond to the Complaint in this action pursuant to D.C. Colo. L. Civ. R. 6 and states as follows:

### D.C. COLO.L.Civ.R. 7.1A CERTIFICATION

CCB certifies that counsel for Triad Bank has consented to the requested extension of time to answer or otherwise respond to the Complaint.

1. Triad Bank filed its Complaint Seeking Declaratory Judgment and Other Relief on May 6, 2011.

2. CCB was served with the Complaint on May 10, 2011.

3. CCB response to the Complaint would be due on May 31, 2011.

    4. Counsel for CCB and Triad Bank have agreed to a fourteen (14) day extension of time, through and including June 14, 2011, for CCB to answer or otherwise respond to the Complaint.

    5. No previous extensions of this deadline have been requested or granted.

    6. No other deadlines or other scheduled matters in this action will be impacted in any way by the stipulated extension of time.

WHEREFORE, Colorado Capital Bank respectfully requests that this Court approve the Stipulated Motion for Extension of Time to Answer or Otherwise Respond to the Complaint in this action through and including June 14, 2011.

    Respectfully submitted, Tuesday, May 31, 2011

              s/ Perry L. Glantz
              Perry L. Glantz, Esq.
              JONES & KELLER, P.C.
              **ATTORNEYS FOR COLORADO CAPITAL BANK**

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the Tuesday, May 31, 2011, a true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** was filed electronically with the Clerk of the Court using the CM/ECF system and was hand delivered to the agent for service of process for the Federal Deposit Insurance Corporation at the following address:

Geraldine A. Brimmer
Holland & Hart, LLP
1800 Broadway, Suite 300
Boulder, Colorado 80302

Joseph E. Martineau
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2600
St. Louis, Missouri 63101

Colorado Capital Bank
5251 DTC Pkwy, Suite 100
Greenwood Village, CO 80111-2730

            s/ Perry L. Glantz