IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

        Plaintiff,

v.

COLORADO CAPITAL BANK, a Colorado chartered bank,

        Defendant.

## [PROPOSED] ORDER RE: STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The Court, having reviewed Defendant Colorado Capital Bank's Stipulated Motion for Extension of Time to Answer or Otherwise Respond to the Complaint in this action, hereby grants Defendant Colorado Capital Bank an extension of time through and including June 14, 2011 to file and serve its answer or other respective pleading to Plaintiffs' Complaint.

DONE IN OPEN COURT this _____ day of _____, 20\_\_\_\_.

BY THE COURT:

United States District Judge
United States Magistrate Judge