IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

Plaintiff,

v.

COLORADO CAPITAL BANK, a Colorado chartered bank,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulated Motion for Extension of Time to Answer or Otherwise Respond to Complaint** [docket no. 8, filed May 31, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and defendant shall answer or otherwise respond to the plaintiff's Complaint on or before **June 14, 2011**.

DATED:  June 1, 2011