**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

    Plaintiff,

vs.

COLORADO CAPITAL BANK, a Colorado chartered bank,

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2011, pursuant to D.C.COLO.LCivR 72.2, a copy of the Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction Pursuant to 28 U.S.C. § 636(c), Fed.R.Civ.P. 73, and D.C.COLO.LCivR 72.2 with attached forms (Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction and proposed Order of Reference Pursuant to 28 U.S.C. § 636(c)), was served on the following by Email:

    Perry L. Glantz, Esq.
    Jones & Keller, P.C.
    Email:  pglantz@joneskeller.com

Dated June 14, 2011.

                              *s/Geraldine A. Brimmer*
                              Geraldine A. Brimmer
                              HOLLAND & HART LLP
                              1800 Broadway, Suite 300
                              Boulder, CO 80302
                              Phone: 303-473-2733
                              Fax: 303-473-2720
                              GBrimmer@hollandhart.com

                              **ATTORNEYS FOR PLAINTIFF**

-2-

## CERTIFICATE OF SERVICE

I certify that on June 14, 2011 I served a copy of the foregoing document to the following by

☐ U.S. Mail, postage prepaid
☐ Hand Delivery
☐ Fax
☒ Electronic Service

Perry L. Glantz, Esq.
Jones & Keller, P.C.
Email:  pglantz@joneskeller.com

*s/ Geraldine A. Brimmer*

5138119_1.DOCX

-2-