# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil No. 11-cv-01220-MSK-BNB

TRIAD BANK,

    Plaintiff,

vs.

COLORADO CAPITAL BANK,

    Defendant.

## ENTRY OF APPEARANCE

Comes now Joseph E. Martineau of the law firm Lewis, Rice & Fingersh, L.C. and enters his appearance as attorney of record for plaintiff, Triad Bank.

    By:   /s/ Joseph E. Martineau
       Joseph E. Martineau
       LEWIS, RICE & FINGERSH, L.C.
       600 Washington, Suite 2500
       St. Louis, Missouri 63101
       Telephone: 314/444-7729
       Facsimile: 314/612-7729
       E-mail: jmartineau@lewisrice.com

       Geraldine A. Brimmer
       HOLLAND & HART, LLP
       One Boulder Plaza
       1800 Broadway, Suite 300
       Boulder, Colorado 80302
       Telephone: 303/473-2733
       Facsimile: 303/473-2720
       E-mail: gbrimmer@hollandhart.com

1714671\114070.52507

2

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the Entry of Appearance was served via the Court's electronic filing system, this 12th day of July, 2011, on:

Perry L. Glantz
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: 303/376-8410
E-mail: pglantz@joneskeller.com

                By:  /s/ Joseph E. Martineau