IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | |
|---|---|
| Civil Action No. 11-cv-01220-MSK-BNB | Date: July 27, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

---

| | |
|---|---|
| TRIAD BANK, | Geraldine Brimmer |
| a Missouri chartered bank | Joseph Martineau by telephone |

       Plaintiff(s),

v.

| | |
|---|---|
| COLORADO CAPITAL BANK, | Perry Glantz |
| a Colorado chartered bank | |

       Defendant(s).

---

## COURTROOM MINUTES

---

**SCHEDULING CONFERENCE**

Court in Session:　　1:31 p.m.

Appearances of counsel.

Court's opening remarks.

Deadline for joinder of parties and amendment of pleadings is: **September 1, 2011**

Discovery cut-off is: **January 13, 2012**

The dispositive motion deadline is: **February 17, 2012**

The plaintiff shall designate all experts no later than: **October 15, 2011**

The defendant shall designate all experts and rebuttal experts no later than: **November 15, 2011**

The plaintiff shall designate all rebuttal experts no later than: **December 15, 2011**

All written discovery must be served so that responses are due on or before discovery cut off.

Settlement Conference shall be set on the motion of the parties .

Pretrial Conference shall be set by the Honorable Judge Krieger .

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess:        1:46 p.m.        Hearing concluded.    Total time in court: 00:15

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.