IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

        Plaintiff,

v.

COLORADO CAPITAL BANK, a Colorado chartered bank,

        Defendant.

## FIRST-CITIZENS BANK & TRUST COMPANY'S UNOPPOSED MOTION TO SUBSTITUTE PARTY

First-Citizens Bank & Trust Company ("First Citizens Bank"), pursuant to C.R.C.P. 25(c), respectfully moves the Court to substitute it for Colorado Capital Bank as Defendant and to modify the name of the case to reflect the substitution.

First Citizens Bank certifies that counsel for Triad Bank has consented to the requested substitution of party.

1. On July 8, 2011, Colorado Capital Bank was closed by the Colorado Division of Banking, which appointed the Federal Deposit Insurance Corporation ("FDIC") as receiver. Immediately thereafter, First Citizens Bank, a North Carolina-chartered commercial bank, acquired most of the assets and assumed most of the liabilities of Colorado Capital Bank pursuant to a "Purchase and Assumption Agreement" (the "Agreement") between First Citizens Bank and the FDIC in its corporate capacity and as receiver for Colorado Capital Bank. The assets purchased by First Citizens Bank include the loans which are the subject of this proceeding and all asset-based litigation and proceedings relating thereto. As a consequence, First Citizens Bank is the successor-in-interest to Colorado Capital Bank and is the real party in interest in this proceeding in the place and stead of Colorado Capital Bank.

WHEREFORE, First Citizens Bank moves the Court to substitute First Citizens Bank for Colorado Capital Bank as Defendant and order the amendment of the full caption of the case to reflect the change.

Respectfully submitted, Friday, August 26, 2011

       s/ Perry L. Glantz
Perry L. Glantz, Esq.
JONES & KELLER, P.C.
**ATTORNEYS FOR FIRST-CITIZENS BANK & TRUST COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the Friday, August 26, 2011, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system at the following address:

Geraldine A. Brimmer
Holland & Hart, LLP
1800 Broadway, Suite 300
Boulder, Colorado 80302

Joseph E. Martineau
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2600
St. Louis, Missouri 63101

                                                            s/ Perry L. Glantz