IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

           Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina chartered commercial bank,

           Defendant.

## ORDER SUBSTITUTING PARTY

      This case came before the Court upon First-Citizens Bank & Trust Company's (First Citizens Bank) Unopposed Motion To Substitute Party. After considering the motion and being fully advised, the Court finds and orders as follows:

      1.    On July 8, 2011, Colorado Capital Bank was closed by the Colorado Division of Banking, which appointed the Federal Deposit Insurance Corporation ("FDIC") as receiver. Immediately thereafter, First Citizens Bank, a North Carolina-chartered commercial bank, acquired most of the assets and assumed most of the liabilities of Colorado Capital Bank pursuant to a "Purchase and Assumption Agreement" (the "Agreement") between First Citizens Bank and the FDIC in its corporate capacity and as receiver for Colorado Capital Bank. The assets purchased by First Citizens Bank include the loans which are the subject of this proceeding and all asset-based litigation and proceedings relating thereto. As a consequence, First Citizens Bank is the successor-in-interest to Colorado Capital Bank and is the real party in interest in this proceeding in the place and stead of Colorado Capital Bank.

      It is therefore ORDERED:

      A.    First Citizens Bank is hereby substituted as a Defendant in place of Colorado Capital Bank; and

      B.    This action shall hereafter be styled as *Triad Bank, Plaintiff v. First-Citizens Bank & Trust Company, Defendant*.

DONE ~~IN OPEN COURT~~ this __30th__ day of __August__, 20__11__.

BY THE COURT:

_____Boyd N. Boland_____
~~United States District Judge~~
United States Magistrate Judge