IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 11-cv-01220-MSK-BNB

TRIAD BANK,
A Missouri chartered bank

    Plaintiff,

vs.

FIRST-CITIZENS BANK & TRUST COMPANY,
a North Carolina chartered commercial bank,

    Defendant.

## MOTION FOR LEAVE TO AMEND

Plaintiff Triad Bank ("Triad"), moves pursuant to Fed. R. Civ. P. 15(a)(2) for leave to file its First Amended Complaint attached hereto as Exhibit A. In support of this motion, Triad states:

1. This action was filed on May 6, 2011, seeking declaratory relief regarding the respective rights of Triad and then-defendant Colorado Capital Bank ("CCB") under various loan participation agreements.

2. After this action was filed, the original defendant, CCB was closed by the Colorado Division of Banking, which appointed the Federal Deposit Insurance Corporation ("FDIC") as receiver. Immediately thereafter, First-Citizens Bank & Trust Company ("Citizens") acquired most of the assets and assumed most of the liabilities of CCB, including the loans and participation agreements that are the subject of this litigation.

3. On August 26, 2011, Citizens filed its unopposed motion to substitute it as party.

4. On August 30, 2011, this Court entered its Order substituting Citizens as defendant in this action.

5. Pursuant to a Scheduling Order issued on July 27, 2011, any motion to amend the pleadings or add additional parties shall be filed on or before September 1, 2011. Triad's present motion is timely-filed under that Scheduling Order.

6. Triad's First Amended Complaint, attached hereto, is in part filed to reflect the substitution of Citizens for CCB.

7. Additionally, the First Amended Complaint adds two additional counts, which are based upon the same transactions and the same facts as set forth in the original Complaint, but assert a cause of action for specific performance (Count III) or alternatively for money damages for breach of contract (Count IV).

8. Granting leave to file the First Amended Complaint will not delay these proceedings. Discovery has just commenced, and defendant Citizens, who has only recently been substituted as party defendant in this action, will not be prejudiced if leave is granted.

9. This motion for leave is filed in the interest of justice, in order that Triad is afforded full and complete relief, and not for the purpose of vexation or delay.

10. Fed.R.Civ.P. 15(a)(2) provides: "a party may amend its pleading only with the opposing party's written consent or the court's leave. The Court should freely give leave when justice so requires." In this case, justice requires that leave be granted.

11. Pursuant to D.C.COLO.L.Civ.R. 7.1A, counsel for Triad has made reasonable, good-faith efforts to confer with opposing counsel regarding this motion. Triad delivered a copy of its proposed First Amended Complaint to counsel for defendant Citizens by email on August 31, 2011 at approximately 2:14 p.m. requesting a response by noon on September 1, 2011, and

2

followed up with a telephone call at approximately 12:18 p.m. on September 1, 2011, at which time defense counsel said he would look it over and call back, but as of the present time, defense counsel has not indicated whether Citizens intends to oppose this request for leave.

**WHEREFORE**, plaintiff Triad Bank respectfully moves that this Court grant it leave to file its First Amended Complaint and for such other relief as this Court may deem just and proper in the premises.

Respectfully submitted,

By: s/ Joseph E. Martineau
Joseph E. Martineau
LEWIS, RICE & FINGERSH, L.C.
600 Washington, Suite 2500
St. Louis, Missouri 63101
Telephone: 314/444-7729
Facsimile: 314/612-7729
E-mail: jmartineau@lewisrice.com

Geraldine A. Brimmer
HOLLAND & HART, LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, Colorado 80302
Telephone: 303/473-2733
Facsimile: 303/473-2720
E-mail: gbrimmer@hollandhart.com

ATTORNEYS FOR PLAINTIFF
TRIAD BANK

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the above and foregoing document was served via the Court's electronic filing system, this 1st day of September, 2011, on:

Perry L. Glantz
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: 303/376-8410
E-mail: pglantz@joneskeller.com

By:   /s/ Joseph E. Martineau

3