IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina chartered commercial bank,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave to Amend** [docket no. 23, filed September 1, 2011] (the "Motion").

IT IS ORDERED that the defendant shall respond to the Motion on or before **September 15, 2011**. No reply will be accepted without leave of court.


DATED:  September 2, 2011