IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

        Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina chartered commercial bank,

        Defendant.

## FIRST-CITIZENS BANK & TRUST COMPANY'S RESPONSE TO MOTION FOR LEAVE TO AMEND

Defendant First-Citizens Bank & Trust Company, successor to Colorado Capital Bank (hereinafter referred to as "FCB"), by and through its attorneys, Jones & Keller, P.C., hereby submit the following Response to Triad Bank's Motion for Leave to Amend:

1.     FCB has no objection to the Motion for Leave to Amend.

Respectfully submitted, Monday, September 12, 2011

                                              s/ Perry L. Glantz
                                              Perry L. Glantz, Esq.
                                              JONES & KELLER, P.C.
                                              **ATTORNEYS FOR FIRST-CITIZENS BANK & TRUST COMPANY**

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the Monday, September 12, 2011, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system at the following address:

Geraldine A. Brimmer
Holland & Hart, LLP
1800 Broadway, Suite 300
Boulder, Colorado 80302

Joseph E. Martineau
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2600
St. Louis, Missouri 63101

                                                          s/ Perry L. Glantz