## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil No. 11-cv-01220-MSK-BNB

TRIAD BANK,
A Missouri chartered bank,

      Plaintiff,

vs.

FIRST-CITIZENS BANK & TRUST COMPANY,
A North Carolina chartered commercial bank,

      Defendant.

___

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

___

      Plaintiff Triad Bank ("Triad"), by and through its counsel, respectfully moves pursuant to D.C.COLO.LCivR 6.1 for a thirty-day extension of time to complete discovery and file dispositive motions. In support of this motion, Triad states as follows:

      1.    On July 15, 2011, a Scheduling Conference was held in this action before the Honorable Boyd N. Boland, Magistrate Judge. A Scheduling Order was issued on the same date (Doc. # 17) which set January 13, 2012 as the deadline for the completion of all discovery. The Scheduling Order also set February 17, 2012 as the deadline for filing any dispositive motions.

      2.    Triad requests that the Court extend the deadlines for completion of discovery and the filing of dispositive motions each by thirty days. If the extension is granted, the new deadline for completion of discovery would be February 13, 2012, and the new deadline for the filing of any dispositive motions would be March 19, 2012.

3.     A thirty-day extension of the deadline to complete discovery will allow Triad to take depositions of bank officers who have knowledge of the pertinent agreements.  A thirty-day extension of the deadline to file dispositive motions will allow Triad to evaluate the deposition testimony for possible use in a summary judgment motion.  Permitting a thirty-day extension under these circumstances may help to avoid unnecessary expenses and resources being expended for a trial of the matter.

4.     The extension is required, in part, because Triad did not receive responsive documents from Defendant until late November.  Triad served its First Request for Production of Documents on Defendant on August 22, 2011, and it served its Second Request for Production of Documents on Defendant on September 16, 2011.  The parties agreed that responsive documents to both sets of Requests would be due October 19, 2011.  But, for various reasons, including difficulties Defendant encountered in retrieving email files, Triad did not receive the responsive documents until November 28, 2011.  Triad has now had a chance to review the documents, and after the intervening holidays, to discuss the issues internally.  Triad would like to schedule some depositions in the next few weeks.

5.     Triad has not previously requested any extension from this Court.  Further, a thirty-day extension of the deadlines to complete discovery and file dispositive motions will not prejudice the Defendant.  Triad is mindful of the Court's Trial Preparation Order stating that any request to extend the dispositive motion deadline more than 30 days beyond the original deadline must show "exceptional circumstances warranting the extension." (Doc. # 18 at 2).  Triad does not expect to request any further extensions of the dispositive motion deadline.

6.     Pursuant to D.C.Colo.L.CivR. 7.1(A), Triad's counsel has conferred with counsel for Defendant, and Defendant's counsel has stated Defendant does not oppose this motion.

7. In accordance with D.C.ColoL.CivR. 6.1(E), this motion shall be served simultaneously on Triad.

8. A proposed order is attached and will be emailed to the Court's chambers.

WHEREFORE, Triad respectfully requests that this Court grant Triad's Motion for Extension of Time to allow the parties to complete discovery by February 13, 2012, and to allow the parties to file dispositive motions by March 19, 2012.

Dated:  January 5, 2012	Respectfully submitted,

s/Geraldine A. Brimmer
Geraldine A. Brimmer
HOLLAND & HART, LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, Colorado  80302
Telephone: 303/473-2733
Facsimile: 303/473-2720
E-mail: gbrimmer@hollandhart.com

s/Joseph E. Martineau
Joseph E. Martineau
LEWIS, RICE & FINGERSH, L.C.
600 Washington, Suite 2500
St. Louis, Missouri  63101
Telephone:  314/444-7729
Facsimile:  314/612-7729
E-mail: jmartineau@lewisrice.com

**ATTORNEYS FOR PLAINTIFF TRIAD BANK**

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2012, a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME** was electronically filed and served on the following:

    Perry L. Glantz
    JONES & KELLER, P.C.
    1999 Broadway, Ste. 3150
    Denver, CO 80202
    Telephone 303/376-8410
    E-mail: pglantz@joneskeller.com

      I hereby certify that on January 5, 2012, a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME** was served by email to the following:

    Charles J. Wiegers
    Senior Vice President
    Triad Bank
    10375 Clayton Road
    St. Louis, MO 63131

                                              s/Joyce Crow