**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil No. 11-cv-01220-MSK-BNB

TRIAD BANK,
A Missouri chartered bank,

    Plaintiff,

vs.

FIRST-CITIZENS BANK & TRUST COMPANY,
A North Carolina chartered commercial bank,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME**

---

The COURT, after reviewing Plaintiff Triad Bank's Unopposed Motion for Extension of Time, hereby GRANTS the Motion and ORDERS that Plaintiff shall complete discovery by February 13, 2012 and file dispositive motions by March 19, 2012.

                                                        _____
                                                        **U**nited States Magistrate Judge