IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina chartered commercial bank,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion for Extension of Time** [docket no. 32, filed January 5, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **February 13, 2012**, and the dispositive motion deadline is extended to and including **March 19, 2012**.

DATED:  January 6, 2012