IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

        Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, A North Carolina chartered commercial bank,

        Defendant.

## ENTRY OF APPEARANCE

Comes now Nicole R. Strong of the law firm Jones & Keller, P.C. and enters her appearance on behalf of Defendant First-Citizens Bank & Trust Company.

Respectfully submitted, Wednesday, February 15, 2012

        s/ Nicole R. Strong
        Nicole R. Strong, Esq.
        Perry L. Glantz, Esq.
        JONES & KELLER, P.C.
        **ATTORNEYS FOR FIRST-CITIZENS BANK & TRUST COMPANY**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the Wednesday, February 15, 2012, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system at the following address:

Geraldine A. Brimmer
Holland & Hart, LLP
1800 Broadway, Suite 300
Boulder, Colorado 80302

Joseph E. Martineau
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2600
St. Louis, Missouri 63101

                  s/ Nicole R. Strong