IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

        Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina chartered commercial bank,

        Defendant.

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This case came before the Court upon First-Citizens Bank & Trust Company's (First-Citizens) Motion for Summary Judgment. After considering the motion and being fully advised, the Court finds and orders as follows:

1. This is an action for declaratory relief under multiple Participation Agreements entered into between Triad Bank and Colorado Capital Bank, predecessor-in-interest to First-Citizens. Triad Bank has requested the Court to interpret the unambiguous language of these Participation Agreements.

2. The Participation Agreements are plain and unambiguous and should be enforced as a matter of law. Defendant's Brief in Support of Motion for Summary Judgment is filed herewith and incorporated herein by reference in support of the present Motion for Summary Judgment.

3. Pursuant to the plain language of the First and Second Right Sky Participation Agreements, Triad Bank's repayment rights are on a pro rata basis, given that the Right Sky loans are in default.

It is therefore ORDERED:

1. That this Court declares that Triad Bank is entitled to repayment of its participation interest on a pro rata basis.

DONE IN OPEN COURT this _____ day of _____, 20____.

BY THE COURT:

_____
United States District Judge
United States Magistrate Judge