IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 11-cv-01220-MSK-BNB

TRIAD BANK,
A Missouri chartered bank

      Plaintiff,

vs.

FIRST-CITIZENS BANK & TRUST COMPANY,
a North Carolina chartered commercial bank,

      Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Triad Bank ("Triad"), by and through its undersigned counsel, respectfully moves pursuant to Fed.R.Civ.P. 6; Local Civ.R. 7.1; and this Court's Practice Standard II.G. for a ten (10) day extension of time through and including Thursday, April 19, 2012 to respond to defendant First Citizen Bank & Trust Company's ("FCB") Motion for Summary Judgment. In support of this motion, Triad states as follows:

1.     On March 19, 2012 FCB filed its Motion for Summary Judgment seeking summary judgment on Count II of Triad's First Amended Complaint. Under Local Civ.R. 51.1 Triad's response is due on Monday, April 19, 2012.

2.     Triad requests that the Court extend the deadlines for responding to FCB's motion for ten (10) additional days, through and including April 19, 2012.

3.     Good cause exists for this short extension in that Colorado counsel for Triad, Geraldine Brimmer, has been out-of-state attending to a gravely-ill family member, who passed

114070\1823034.1

away on March 28, 2012, and, as such, is presently not reasonably able to assist Missouri counsel for Triad in the preparation of a response to the motion.

4.   Triad has not previously requested any extension from this Court to respond to the aforesaid Motion.  This matter is not presently set for trial.  Further, a ten (10) day extension of the deadlines to respond will not prejudice the Defendant or unduly delay these proceedings.

5.   Pursuant to Local Civ.R. 7.1(A), Triad's counsel has conferred with counsel for Defendant, and Defendant's counsel stated Defendant does not oppose this motion.

6.   In accordance with Local Civ.R. 6.1(E), this motion is being served simultaneously on Triad.

7.   A proposed Order is attached and will be e-mailed to the Court's chambers.

WHEREFORE, Triad respectfully requests that this Court grant Triad's Motion for Extension of Time and allow it an additional ten (10) days to respond to Defendant's Motion for Summary Judgment through and including April 19, 2012.

Respectfully submitted,

/s/ Joseph E. Martineau
Joseph E. Martineau
LEWIS, RICE & FINGERSH, L.C.
600 Washington, Suite 2500
St. Louis, Missouri  63101
Tel. 314/444-7729;  Fax 314/612-7729
E-mail: jmartineau@lewisrice.com

Geraldine A. Brimmer
HOLLAND & HART, LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, Colorado  80302
Tel. 303/473-2733; Fax 303/473-2720
E-mail: gbrimmer@hollandhart.com

**ATTORNEYS FOR PLAINTIFF TRIAD BANK**

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 29th, 2012, a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Extension of Time was electronically filed and served on the following:

Perry L. Glantz
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: 303/376-8410
E-mail: pglantz@joneskeller.com

I hereby certify that on March 29th, 2012, a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Extension of Time was served by e-mail on the following:

Charles J. Wiegers
Senior Vice President
**TRIAD BANK**
10375 Clayton Road
St. Louis, Missouri 63105
E-mail: cwiegers@triadbanking.com

/s/  Joseph E. Martineau

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil No. 11-cv-01220-MSK-BNB

TRIAD BANK,
A Missouri chartered bank

    Plaintiff,

vs.

FIRST-CITIZENS BANK & TRUST COMPANY,
a North Carolina chartered commercial bank,

    Defendant.

---

## ORDER GRANTING PLAINTIFF'S UNOPPOSED
## MOTION FOR EXTENSION OF TIME

---

The COURT, after reviewing Plaintiff Triad Bank's Unopposed Motion for Extension of Time, hereby GRANTS the Motion and ORDERS that Plaintiff shall respond to Defendant's Motion for Summary Judgment on or before April 19, 2012.

                                                      United States District/Magistrate Judge

4