**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

    Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina chartered commercial bank,

    Defendant.

## DECLARATION OF THOMAS C. ANSTEY

Thomas C. Anstey, being of lawful age and otherwise competent to testify in a Court of law, declares under penalty of perjury:

1. I am employed at Triad Bank as Assistant Vice-President and, as such, I was involved in connection with those certain Participation Agreements with Colorado Capital Bank pertaining to a loan relationship commonly referred to as Right Sky.

2. In March 2010, Colorado Capital Bank was proposing a modification of the Right Sky loan, and in connection therewith, I had a telephone conversation with Allison Krausen, a Vice-President at Colorado Capital Bank, who was the loan officer on the Right Sky deals and the person who signed the Right Sky Participation Agreement with Triad Bank on behalf of Colorado Capital Bank.

EXHIBIT C

3. During our discussions concerning the Participation Agreements and a proposed loan modification that would result in partial release of collateral, I referenced Triad Bank's interpretation of the Participation Agreements as requiring repayment to Triad on a LIFO basis, both in repayment and in the event of default, based on the language in Exhibit A attached to the Participation Agreement.

4. Ms. Krausen said that she agreed with this interpretation.

5. Based on my conversation with Ms. Krausen, and my own interpretation and that of Triad that Triad was in a LIFO position both in repayment and in the event of default, I referenced that "Triad is in a LIFO (Last-In First-Out) position, both in repayment and in the event of default" in a write-up recommending approval of the loan modification, a true and correct copy of which is identified as Triad_CCB002087 to 2092 and attached hereto as Exhibit 1. An important factor in my recommendation was Triad's LIFO position.

### DECLARATION UNDER 28 U.S.C. §1746

Thomas C. Anstey states that he has read the foregoing Declaration and declares under penalty of perjury that the statements herein are true and correct to the best of his knowledge, information and belief.

Executed on this 13th day of April, 2012.

_____
Thomas C. Anstey

2

## TRIAD BANK – RENEWAL/MODIFICATION

### Borrower Information                                        Date: 3/3/10

| | | | |
|---|---|---|---|
| Name: | Right Sky Properties, LLC | Tax ID: | 36-**** |
| Address: | 8493 Baseline Road | | |
| | Boulder, CO 90303 | Loan Officer: | T. Anstey |
| | | Credit Analyst: | J. Preston |
| Principals: | Mitchell Right | Referral Source: | F. Eller |
| | Brian Maslowsky | | |

### Loan Request

| | | | |
|---|---|---|---|
| Loan Amount: | $2,000,000 ❶ | Term: | 3 years |
| Loan Type: | FLOC | Amortization: | 25 Years |
| Interest Rate: | CCB Prime + 2%; Floor of 6.24% ❷ | Loan Fee: | ½% ($10,000) ❷ |
| Repayment: | Principal & Interest Monthly; all outstanding P & I due at maturity | | |
| Purpose: | To term out the subject loans, which were made to finance the construction of two commercial retail buildings located in the Village at Vista Ridge, a commercial development in Erie, CO, which is approximately 20 miles north of downtown Denver and 8 miles east of Boulder (see map on pg 4). The two buildings house a total of 14,000 sq ft and are 100% leased. The structures are 100% complete and the loans are fully-advanced except for $1M. Triad is in a LIFO (Last-In, First-Out) position, both in repayment and in the event of default. *At this renewal, CCB is proposing to release $200M of the $400M cash collateral and allowing it to be used to service the interest and taxes on the land loan. This weakens Triad's overall position, as we are not a party to the LAD loan. The Officer has requested to CCB that they purchase $200M of the note back from Triad, which would reduce our note to $1.8MM. The CCB Officer is discussing that with her superiors and will report back.* | | |

❶ The total loan amount is $3,301,774 and consists of two separate loans, one loan for each building. Triad participates $2MM of the total on a LIFO (Last-in, First-Out) basis and CCB keeps the remaining $1.3MM. Including the land loan and a $200M LOC for tenant improvements, CCB has total exposure of $3,989M to the borrower.

❷ At this renewal, the floor is being increased from 5.99% to 6.49%. CCB shaves ¼% off the rate, so Triad will receive 6.24% (floor minus the shave). A ½% renewal fee is being charged, of which there will be no shave, so Triad's fee is $10M.

### Collateral Summary

| Collateral Description | Market Value | Advance Rate | Existing Debt | Lendable Equity |
|---|---|---|---|---|
| 1st D/T - Buildings 3 & 4 | 4,050,000 | 80% | - | 3,240,000 |
| Assignment of CD | 200,000 | 100% | - | 200,000 |
| | | | | $ 3,440,000 |

2

EXHIBIT 1

The primary collateral for these two loans are the subject properties as well as the $200M CD. The properties were appraised in January 2010 at a combined value of $4,050M. This, combined with the CD, results in lendable equity of $3,440M, securing a total loan amount of $3.3MM, and an LTV of 78%. Triad is in a "First-out" position, both in repayment, and in the event of default. Because of this, we are in front of CCB's $1.3MM portion of the loan, which means Triad's LTV is actually 47% ($2,000M/$4,250M).

The subject loans are also cross-collateralized with a 1st D/T on the remaining pad sites in the development, 2nd's on each principal's personal residence, as well as an abundance of caution filed on buildings 1 & 2 in the development. They were omitted in the table above because they do not lend anything in the way of lendable equity, based on standard advance rates and recent appraisals. The full collateral chart can be seen on page 3 of the CCB write-up.

## Guarantor Summary

| Guarantor Name | Financial Statement Date | Total Net Worth | Guaranty Type |
|---|---|---|---|
| 1) Mitchell E. Right | 10/1/09 | $5.3MM | Unlimited/Unsecured |
| 2) Brian Maslowsky | 1/1/10 | $3.4MM | Unlimited/Unsecured |

Note: Both Mr. Right and Mr. Maslowsky are single.

## Risk Analysis

Loan Rating:   4 – Acceptable Risk

CCB has downgraded this relationship to a "Watch List" credit, which is a "7" in their rating system. The Officer proposes keeping it rated as a 4 at Triad based on our LIFO position, which results in our LTV being 47%. Furthermore, one of the primary reasons CCB downgraded the relationship was due to the $2.5MM LAD loan, of which Triad is not a party too.

## Project Synopsis

Right Sky Properties, LLC was formed in January 2006 to acquire and develop a 13.6 acre parcel of land in Erie, CO. The LAD was brought to CCB and approved for $4,449,696: $2,830,529 was used to purchase the land and $1,711,428 was available to develop the infrastructure. They then requested an additional $2,992,941 to develop two retail strip buildings housing a total of 18,000 sq ft. Triad Bank participated on $2MM of that construction loan. Those buildings were completed and have been refinanced into the permanent market; they are 96% occupied with only 1,200 sq ft of vacancy.

The Borrower then requested the subject loans to construct buildings 3 and 4 in the development. Building 3 consists of 5,600 sq ft and building 4 consists of 8,400 sq ft. Building 3 was preleased prior to construction and the tenant backed out of their lease, forfeiting their $80M deposit (which was used to make tenant improvements to attract another tenant). To acquire prospective tenants, the Borrowers

used $400M of personal cash, $220M of which came from CCB in the form of a HELOC. This strategy was successful and both buildings are now 100% occupied.

The entire development consists of the four retail buildings mentioned above and six "pad sites." Two of the pad sites have been sold to 7-11 and The Goddard School. They have four remaining sites that are listed for sale. It should be noted that Triad's loans are on Buildings 3 & 4, not on the pad-sites, but are crossed to the Deed on the pad sites.



### Debt Service Analysis

Detailed analysis on both the property's and the Company's debt service abilities can be seen on pages 5-7 in the CCB write-up. The Bank has summarized debt service on just the subject properties, as well as the global information in the two tables below.

4

Actual Combined Cash Flow Based on Current Leases (Summary)

|  | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Gross Rents | 257,360 | 286,553 | 295,149 |
| Buildings 3 & 4 P & I Payment | 267,216 | 267,216 | 267,216 |
| Total Debt Service | 267,216 | 267,216 | 267,216 |
| Annual Cash Shortage | (9,856) | 19,337 | 27,933 |
| DSCR | 0.96 | 1.07 | 1.10 |

Actual Combined Cash Flow Based on Current Leases (Summary)

|  | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Gross Rents | 634,196 | 671,867 | 689,116 |
| Buildings 1 & 2 P & I Payment | 299,917 | 299,917 | 299,917 |
| Buildings 3 & 4 P & I Payment | 267,216 | 267,216 | 267,216 |
| Interest-Only on $220M HELOC | 14,300 | 14,300 | 14,300 |
| LAD Interest-Only Payment | 160,355 | 160,355 | 160,355 |
| Total Debt Service | 741,788 | 741,788 | 741,788 |
| Annual Cash Shortage | (107,592) | (69,921) | (52,672) |
| DSCR | 0.85 | 0.91 | 0.93 |

No vacancy was included because the rents shown are based on actual leases that don't mature until 2013, or later. No operating expenses were included because the Borrower collects CAM and taxes from each tenant to reimburse him for expenses incurred to maintain the property. A replacement reserve was not included due to the fact that the buildings are each less than 2 years old and will likely not require any structural/roof replacement for a significant period of time.

The end result on the subject properties is a small cash shortage in Year 1 and minimal, yet sufficient cash flow in years 2 & 3. For Right Sky, LLC (includes entire Vista Ridge Development), there is a cash shortage of $108M in the first year which is reduced to $53M by year three through rent increases worked into each lease. The Officer acknowledges that these are "best case" scenarios and do not factor into account the possibility of tenants vacating the premises (abandoning their lease) or bad debts. Several scenarios that factor these aspects in are run in the CCB write-up on pages 5 – 7.

5

## Notes

1. CCB has downgraded this relationship to a risk rating of 7, which represents a "Watch List" credit and is equivalent to our risk rating of 5. According to the CCB Officer, the downgrade was made because of the rent concessions necessary to secure tenants and because of the declining real estate values in general, as well as CCB's overall exposure to the Borrower which includes a $2.5MM LAD loan. Triad Bank is currently in a "Last-in, First-out" (LIFO) position for repayment and in the event of default. This theoretically puts Triad ahead of CCB and lowers our effective LTV to 47%. The Officer believes this justifies Triad Bank keeping the credit rated as a 4.
2. On page 2 of the CCB write-up, it is stated that total debt on the project will be reduced by $400M over the next three years. Approximately $175M of the total would be on the subject property through amortization, while the remaining reduction would stem from amortization on buildings 1 & 2 in the development. Because of Triad's First-Out position, the entire $175M in amortization will pay down Triad's portion of the loan.
3. In the updated appraisal conducted in January 2010, the appraiser uses cap rates of 6.9% and 7.25% for the two buildings. This Officer spoke with the CCB Officer regarding these rates, which we would consider to be aggressive. She stated that the appraiser weighted heavy on the location, the 100% occupancy, and the success of buildings 1 & 2 in the area and that the rates did not strike her as being particularly low for the project.

## Strengths/Weaknesses

**Strengths:**
- $200M cash (6%) pledged as additional collateral in the deal
- Both of the subject buildings (3 & 4) are fully occupied
- Borrowers have a proven track record with multiple officers at CCB and have always performed as agreed
- Borrowers put approximately $400M cash into the subject properties to fund tenant improvements
- Buildings 1 & 2 produce positive cash flow of approximately $76M /year that can be used to supplement debt service of the subject properties
- Triad is in a LIFO position, both in repayment, and in the event of default, which results in a low advance rate of 47%
- Good Pricing @ Prime + 2% with 6.24% Floor (25% ROE with no deposits)

**Weaknesses:**
- Subject property is outside of the Bank's typical lending area
- 0.96x DSCR in current year due to initial lease concessions; DSCR is only 1.07x next year
- Right Sky, LLC has global DSCR of 0.85x and annual cash shortage of $106M *(mitigated by the principals' $800M+ in liquidity to cover shortage)*
- Releasing $200M of cash collateral to supplement the Borrower's land debt with CCB and pay real estate taxes on the project *(mitigated by Triad's LIFO position)*
- Two of three tenants (56.5% of sq footage) are restaurants *(mitigated some by the restaurateurs' guarantees on leases and their personal liquidity of $1.4MM (Benchwarmers) and $100M (Mexican Restaurant))*

CONFIDENTIAL

TRIAD_CCB002091

### Recommendation

The Officer recommends approval of the proposed renewal as presented with a risk rating of 4, representing "Acceptable Risk."

### Sources of Repayment

*Primary:* Cash flow from Buildings 3 & 4; excess cash flow from Buildings 1 & 2

*Secondary:* Take-out by secondary market (likely 3 years away)

*Tertiary:* Liquidate real estate collateral and pursue guarantors

### Attachments

1. CCB Credit Proposal
2. Customer Yield Analysis – Right Sky Properties, LLC

CONFIDENTIAL

TRIAD_CCB002092