IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

        Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, A North Carolina chartered commercial bank,

        Defendant.

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant First-Citizens Bank & Trust Company ("First-Citizens"), by and through its undersigned counsel, respectfully submits the following Unopposed Motion for Extension of Time pursuant to D.C. Colo. L. Civ. R. 6.1 and states as follows:

### D.C. COLO.LCivR 7.1A CERTIFICATION

First-Citizens certifies that counsel for Triad Bank has consented to the requested extension of time to file a Reply in Support of the Motion for Summary Judgment.

1. On March 19, 2012 First-Citizens filed its Motion for Summary Judgment.

2. On April 19, 2012 Triad Bank filed its Response to Motion for Summary Judgment. Under D.C.Colo.LCivR 56.1, First-Citizens' Reply is due on Friday, May 4, 2012.

3. First-Citizens requests that the Court extend the deadline for filing a reply brief for fourteen (14) days, through and including May 18, 2012.

4. No previous extension of this deadline has been requested or granted.

5. No other deadlines or other scheduled matters in this action will be impacted in any way by the extension of time.

WHEREFORE, First-Citizens Bank & Trust Company respectfully requests that this Court approve the Unopposed Motion for Extension of Time to file a Reply in Support of the Motion for Summary Judgment in this action through and including May 18, 2012.

Respectfully submitted, Friday, May 04, 2012

s/ Nicole R. Strong
Nicole R. Strong, Esq.
Perry L. Glantz, Esq.
JONES & KELLER, P.C.
**ATTORNEYS FOR FIRST-CITIZENS BANK & TRUST COMPANY**

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the Friday, May 04, 2012, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system at the following address:

Geraldine A. Brimmer
Holland & Hart, LLP
1800 Broadway, Suite 300
Boulder, Colorado 80302

Joseph E. Martineau
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2600
St. Louis, Missouri 63101

                                                              s/ Nicole R. Strong

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

        Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, A North Carolina chartered commercial bank,

        Defendant.

**[PROPOSED] ORDER RE: DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Court, having reviewed Defendant First-Citizens Bank & Trust Company's Unopposed Motion for Extension of Time in this action, hereby grants Defendant First-Citizens Bank & Trust Company an extension of time through and including May 18, 2012 to file and serve its Reply in Support of the Motion for Summary Judgment.

DONE IN OPEN COURT this _____ day of _____, 20____.

BY THE COURT:

United States District Judge
United States Magistrate Judge