IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

        Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, A North Carolina chartered commercial bank,

        Defendant.

---

## ENTRY OF APPEARANCE

---

Comes now Stuart N. Bennett of the law firm Jones & Keller, P.C. and enters his appearance on behalf of Defendant First-Citizens Bank & Trust Company.

Respectfully submitted May 14, 2013

                          s/ Stuart N. Bennett
                        Stuart N. Bennett, Esq.
                        JONES & KELLER, P.C.
                        1999 BROADWAY, SUITE 3150
                        DENVER, CO  80202
                        PH: 303-573-1600
                        FAX: 303-573-8133

{JK00481273.1 }

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the Tuesday, May 14, 2013, a true and correct copy of the **ENTRY OF APPEARANCE** was filed electronically with the Clerk of the Court using the CM/ECF system at the following address:

Geraldine A. Brimmer
Holland & Hart, LLP
1800 Broadway, Suite 300
Boulder, Colorado 80302

Joseph E. Martineau
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2600
St. Louis, Missouri 63101

_____s/ Tammy Harris_____
Tammy Harris