IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

    Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, A North Carolina chartered commercial bank,

    Defendant.

**ENTRY OF APPEARANCE**

  Comes now Aaron D. Goldhamer of the law firm Jones & Keller, P.C. and enters his appearance on behalf of Defendant First-Citizens Bank & Trust Company.

  Respectfully submitted May 14, 2013

            s/ Aaron D. Goldhamer
            Aaron D. Goldhamer, Esq.
            JONES & KELLER, P.C.
            1999 BROADWAY, SUITE 3150
            DENVER, CO 80202
            PH: 303-573-1600
            FAX: 303-573-8133

{JK00481270.1 }

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the Tuesday, May 14, 2013, a true and correct copy of the **ENTRY OF APPEARANCE** was filed electronically with the Clerk of the Court using the CM/ECF system at the following address:

Geraldine A. Brimmer
Holland & Hart, LLP
1800 Broadway, Suite 300
Boulder, Colorado 80302

Joseph E. Martineau
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2600
St. Louis, Missouri 63101

                                             s/ Tammy Harris
                                             Tammy Harris