

Federal Deposit Insurance Corporation                                          Legal Division

March 2, 2011

[VIA E-MAIL ONLY – ▓▓▓▓▓▓▓▓▓▓▓▓]

▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓

RE:   FIN ▓▓▓▓▓-▓▓▓▓▓▓▓▓▓▓▓
      ▓▓▓▓▓▓▓▓ – In Receivership (Closed ▓▓▓▓▓)
      Loss Share Agreement – Demand from Loan Participant

Dear ▓▓▓▓▓▓▓:

The letter is in response to your question regarding how to respond to loan participants who assert they have a claim against ▓▓▓▓▓▓ as lead participant arising out of the shared-loss provisions of the Purchase and Assumption Agreement (P&A) between the Federal Deposit Insurance Corporation as Receiver of ▓▓▓▓▓▓▓▓▓▓▓▓ ("Receiver") and ▓▓▓▓▓▓.

The FDIC's position is that payments to an Assuming Institution under the shared-loss provisions do not constitute "payments" under loan participation agreements.

Participation agreements generally provide for a sharing of payments received "under" or "on" the participated loan. The shared-loss reimbursements are not payments made "under" or "on" the loan. The shared-loss payments do not serve to reduce the principal or interest on the participated loan.

Further, the Receiver's shared-loss reimbursements are calculated only as to the participated interest of the Assuming Institution, not the participated loan as a whole.

The shared-loss agreement also provides that there are no third party beneficiaries to the agreement. Section 6.4 of Exhibit 4.5B of the P&A (the Commercial Shared-Loss Agreement) entitled, "No Third Party Beneficiary," provides:

> "This Agreement is for the sole and exclusive benefit of the parties and their respective permitted successors and permitted assigns and there shall be no other third party beneficiaries. Nothing in this Agreement shall be construed to grant to any other Person any right, remedy or claim under or in respect to this Agreement or any provision hereof." [Note that "Person" is defined to mean any individual, corporation, partnership, etc.]

**Exhibit F**

In summary, the shared-loss reimbursements to ▓▓▓▓ under the Commercial Shared-Loss Agreement do not constitute "payments" under loan participation agreements and the participant is not entitled to any of those funds.

Please contact me at by e-mail at ▓▓▓▓ or ▓▓▓▓ if you have further questions.

Very truly yours,

▓▓▓▓
Counsel

cc: ▓▓▓▓

**Exhibit F**