IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,
    Plaintiff
v.

FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina chartered commercial bank,
    Defendant.

---

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

---

Perry L. Glantz and Nicole R. Strong of the law firm Stinson Morrison Hecker LLP,

hereby withdraw as counsel of record for Defendant, First-Citizens Bank & Trust Company.


s/ Perry L. Glantz

Perry L Glantz, Colorado No. 16869
Stinson Morrison Hecker LLP
5613 DTC Parkway, Suite 970
Greenwood Village, CO 80111
Telephone: (303) 376-8410
Email: pglantz@stinson.com

s/ Nicole R. Strong

Nicole R Strong, Colorado No. 41496
Stinson Morrison Hecker LLP
5613 DTC Parkway, Suite 970
Greenwood Village, CO 80111
Telephone: (303) 376-8411
Email: nstrong@stinson.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of May, 2013, a true and correct copy of the Withdrawal of Withdrawal as Counsel of Record was filed electronically with the Clerk of the Court using the CM/ECF system at the following address:

Geraldine A. Brimmer
Holland & Hart, LLP
1800 Broadway, Suite 300
Boulder, CO 80302

Joseph E. Martineau
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2600
St. Louis, MO 63101

Stuart N. Bennett
Aaron D. Goldhamer
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202

s/ Bridget Duggan
Bridget Duggan, Paralegal