**From:** Jilovec, John R. [mailto:JJilovec@FDIC.gov]
**Sent:** Tuesday, March 13, 2012 5:16 PM
**To:** James V. Regna
**Subject:** RE: Triad Bank

Jim,

After discussing this issue with representatives from the FDIC's Division of Resolutions and Receiverships (DRR), I've been told a Loss Share Agreement has no effect on a participation agreement.  That stated, we have no position on terms of the participation agreement.  It is my understanding you've also discussed this matter with James Meyer of DRR who offered similar feedback.

Regards,
John

---

**From:** James V. Regna [mailto:jregna@triadbanking.com]
**Sent:** Thursday, March 01, 2012 4:13 PM
**To:** Jilovec, John R.
**Subject:** Triad Bank

John:

Please find attached a copy of our participation agreement with First Citizens Bank formerly Colorado Capital Bank. Per our phone conversation we have an inconsistency between our participation agreement and First Citizens loss share agreement with FDIC. Please note we understand Triad has no right to participate in loss share directly with the FDIC; however, we believe per the language in the participation agreement we have a right to share in First Citizens proceeds received from the FDIC. The section I am referring to is paragraph 8 last sentence.

If possible I would appreciate for the FDIC to provide an opinion as to what your stance, if any, regarding the inconsistencies. Specifically does the Loss Share Agreement cancel the First Citizens/Triad participation agreement? Can you provide written response regarding your position or opinion is this matter. I have just provide specific page pertaining to the section in question. Please let me know if you would like the entire agreement.

Thanks

Jim

**James V. Regna, Chief Executive Officer| Triad Bank 10375 Clayton Road Frontenac, MO, 63131**
☎: 314-442-4504 | Cell: 314-482-3247 |  🖨: 314-993-4334 | ✉: jregna@triadbanking.com

Triad Bank accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

EXHIBIT 1