IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,
    Plaintiff
v.

FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina chartered commercial bank,
    Defendant.

_____

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
_____

Pursuant to Local Rule 83.3(D), Perry L. Glantz and Nicole R. Strong of the law firm Stinson Morrison Hecker LLP, hereby submit this motion to withdraw as counsel of record for Defendant, First-Citizens Bank & Trust Company and in support of this motion state as follows:

1. Undersigned counsel states that they have consulted with Defendant and they agree with the motion.

2. Defendant will continue to be represented by Stuart N. Bennett and Aaron D. Goldhamer of the law firm Jones & Keller, P.C. who entered their appearances on behalf of Defendant on May 14, 2013 (Doc Nos. 46 & 47).

3. No party will be prejudiced by allowing undersigned counsel to withdraw.

Accordingly, undersigned counsel respectfully request that they be allowed to withdraw as counsel of record on behalf of Defendant, First-Citizens Bank & Trust Company.

DB04/./8786957.1

s/ Perry L. Glantz

Perry L Glantz, Colorado No. 16869
Stinson Morrison Hecker LLP
5613 DTC Parkway, Suite 970
Greenwood Village, CO 80111
Telephone: (303) 376-8410
Email: pglantz@stinson.com

s/ Nicole R. Strong

Nicole R Strong, Colorado No. 41496
Stinson Morrison Hecker LLP
5613 DTC Parkway, Suite 970
Greenwood Village, CO 80111
Telephone: (303) 376-8411
Email: nstrong@stinson.com

DB04/./8786957.1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 29th day of May, 2013, a true and correct copy of the Motion to Withdraw as Counsel of Record was filed electronically with the Clerk of the Court using the CM/ECF system at the following address:

Geraldine A. Brimmer
Holland & Hart, LLP
1800 Broadway, Suite 300
Boulder, CO 80302

Joseph E. Martineau
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2600
St. Louis, MO 63101

Stuart N. Bennett
Aaron D. Goldhamer
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202

                                                  s/ Bridget Duggan
                                                  Bridget Duggan, Paralegal