IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,
    Plaintiff
v.

FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina chartered commercial bank,
    Defendant.

_____

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**
_____

    Perry L. Glantz and Nicole R. Strong, having filed their Motion to Withdraw as Counsel of Record on behalf of Defendant, First-Citizens Bank & Trust Company, and the Court being duly advised in the premises now finds that the motion should be granted.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Appearances of Perry L. Glantz and Nicole R. Strong are hereby withdrawn, with Stuart N. Bennett and Aaron D. Goldhamer of Jones & Keller, P.C. remaining as counsel of record for Defendant, First-Citizens Bank & Trust Company

DONE this _____ day of _____, 2013.

BY THE COURT

_____