IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01220-RM-BNB

TRIAD BANK, a Missouri chartered bank,

Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina chartered commercial bank,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Withdraw as Counsel of Record** [docket no. 53, filed May 29, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED. Perry L. Glantz and Nicole R. Strong are granted leave to withdraw from the representation of defendant and are to be removed from the electronic service.

DATED:  May 30, 2013