IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

        Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, A North Carolina chartered commercial bank,

        Defendant.

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT [Doc. # 57]

Defendant First-Citizens Bank & Trust Company ("First-Citizens"), by and through undersigned counsel, respectfully submits the following Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Second Amended Complaint [Doc. # 57] (henceforth "Unopposed Motion"), and in support thereof states as follows:

### CERTIFICATE OF CONFERRAL

Undersigned counsel hereby certifies that he conferred with Plaintiff's counsel concerning the relief sought by this Unopposed Motion. Plaintiff's counsel has indicated that Plaintiff will not oppose the relief sought by this Unopposed Motion.

1.    On April 23, 2013, Plaintiff filed a Motion for Leave to Amend Complaint [Doc. # 44], the second motion to amend a complaint that has been filed in this case.

2.    On November 4, 2013, the Court granted that motion [Doc. # 56] and Plaintiff filed the Second Amended Complaint that same day.

{JK00532578.1 }

3. The present deadline for Defendant to answer or otherwise respond to the Second Amended Complaint is November 21, 2013.

4. In response to the Second Amended Complaint, Defendant anticipates filing a motion to dismiss based in part on the jurisdictional bar described at 12 U.S.C. § 1821(d)(13)(D) of the Financial Institutions Reform, Recovery, and Enforcement Act ("FIRREA").

5. The Federal Deposit Insurance Corporation ("FDIC") is of the opinion that Defendant needs to obtain the FDIC's consent to raise the jurisdictional bar defense described at described at 12 U.S.C. § 1821(d)(13)(D).

6. Although Defendant anticipates obtaining the FDIC's consent, Defendant requires more time to do so.

7. As such, Defendant requests an enlargement of time through and including December 23, 2013 to answer or otherwise respond to the Second Amended Complaint.

8. No party will be prejudiced by the relief sought by this Unopposed Motion.

9. Therefore, Defendant respectfully requests that the Court grant this Unopposed Motion and enlarge Defendant's time to answer or otherwise respond to the Second Amended Complaint through and including December 23, 2013.

Respectfully submitted November 21, 2013

s/ Aaron D. Goldhamer
Stuart N. Bennett, Esq.
Aaron D. Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202  303.573.1600
sbennett@joneskeller.com
agoldhamer@joneskeller.com
**ATTORNEYS FOR FIRST-CITIZENS BANK & TRUST COMPANY**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Thursday, November 21, 2013, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system at the following address:

Geraldine A. Brimmer
Holland & Hart, LLP
1800 Broadway, Suite 300
Boulder, Colorado 80302

Joseph E. Martineau
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2600
St. Louis, Missouri 63101

                                                                 s/ Tammy Harris
                                                                 Tammy Harris

{JK00532578.1 }