IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

        Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, A North Carolina chartered commercial bank,

        Defendant.

---

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT

---

THIS MATTER comes before the Court on Defendant First-Citizens Bank & Trust Company's ("First-Citizens") Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Second Amended Complaint (henceforth "Unopposed Motion"). The Court, having reviewed same and being otherwise advised in the premises, hereby ORDERS that the Unopposed Motion is GRANTED.

Defendant shall have through and including December 23, 2013 to answer or otherwise respond to the Second Amended Complaint.

Dated: _____            By the Court: _____

{JK00532592.1 }