IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01220-RM-BNB

TRIAD BANK, a Missouri chartered bank,

Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina chartered commercial bank,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant's Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Second Amended Complaint** [docket no. 58, filed November 21, 2013] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and defendant shall answer or otherwise respond to the plaintiff's Second Amended Complaint on or before **December 23, 2013**.

DATED:  November 22, 2013