IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 11-cv-01220-RM-BNB

TRIAD BANK,
a Missouri chartered bank,

    Plaintiff,

vs.

FIRST-CITIZENS BANK & TRUST COMPANY,
a North Carolina chartered commercial bank,

    Defendant.

## STIPULATED MOTION TO RESCHEDULE STATUS CONFERENCE

Plaintiff Triad Bank ("Triad") and Defendant First-Citizens Bank & Trust Company ("First-Citizens") (collectively the "Parties"), by and through their respective counsel, respectfully move this Court for an order vacating the Status Conference currently set for December 12, 2013, at 9:00 a.m. [Doc. # 61] and reschedule it for a date after January 13, 2014. In support of this motion, the Parties state as follows:

1. The Court initially set a Status Conference for Dec. 10 at 9:30 a.m. [Doc. # 56]. On December 9, 2013, the Court reset the Status conference to December 12, 2013 at 9 a.m. because of a conflict in the Court's calendar [Doc. #61].

2. The Parties believe that vacating the Status Conference and setting it for a date after January 13, 2014 would make the conference more productive. Defendant has until Dec. 23, 2013 to answer or respond to Second Amended Complaint [Doc. #60]. Defendant has

indicated it will file a motion to dismiss, and Triad's response would then be due January 13, 2014. Once this is filed, the parties will know more about their positions with respect to the Second Amended Complaint.

3. Further, Defendant's undersigned counsel, Stuart Bennett, has a previously scheduled deposition on December 12, 2013, the date for the rescheduled Status Conference.

4. The Parties have conferred and counsel are generally available for a rescheduled Status Conference after January 13, 2014, with the exception of January 14, 17, 21, 22, 27 and 30.

5. No prejudice will result should the Court grant this Motion. Granting this Motion will not delay trial or other proceedings in this case (no trial date has been set).

6. Pursuant to D.C.COLO.LCivR 6.1(D), the undersigned represent that a copy of this motion has been served upon the respective clients, Triad and First-Citizens, through their appropriate representative.

WHEREFORE, the Parties respectfully request that the Court grant their Stipulated Motion to Reschedule the Status Conference currently set for December 12, 2013 at 9:00 a.m. and reset it to a date after January 13, 2014.

Dated:  December 9, 2013.                    Respectfully submitted,

                                              *s/Geraldine A. Brimmer*
                                       Geraldine A. Brimmer
                                       HOLLAND & HART, LLP
                                       One Boulder Plaza
                                       1800 Broadway, Suite 300
                                       Boulder, Colorado  80302
                                       Telephone: 303/473-2733
                                       Facsimile: 303/473-2720
                                       E-mail: gbrimmer@hollandhart.com

                                       Joseph E. Martineau
                                       LEWIS, RICE & FINGERSH, L.C.
                                       600 Washington, Suite 2500
                                       St. Louis, Missouri  63101
                                       Telephone:  314/444-7729
                                       Facsimile:  314/612-7729
                                       E-mail: jmartineau@lewisrice.com

                                       **ATTORNEYS FOR PLAINTIFF**
                                       **TRIAD BANK**

                                       *s/ Stuart N. Bennett*
                                       Stuart N. Bennett
                                       Aaron Goldhamer
                                       JONES & KELLER, P.C.
                                       1999 Broadway, Ste. 3150
                                       Denver, CO 80202
                                       Telephone 303/376-8410
                                       E-mail: sbennett@joneskeller.com
                                                       agoldhamer@joneskeller.com

                                       **ATTORNEYS FOR DEFENDANT**
                                       **FIRST CITIZENS BANK & TRUST**
                                       **COMPANY**