# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil No. 11-cv-01220-RM-BNB

TRIAD BANK,
a Missouri chartered bank,

    Plaintiff,

vs.

FIRST-CITIZENS BANK & TRUST COMPANY,
a North Carolina chartered commercial bank,

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO RESCHEDULE THE STATUS CONFERENCE

---

Having reviewed the Stipulated Motion to Reschedule the Status Conference, and being fully advised in the premises, the Court

ORDERS that the Motion be GRANTED. The Status Conference set for December 12, 2013 at 9:30 a.m. is hereby vacated and rescheduled for _____.

                                              BY THE COURT:

                                              _____
                                              United States Magistrate Judge

6551824_1

4