IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-1220-MSK-BNB

TRIAD BANK, a Missouri chartered bank,

        Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, A North Carolina chartered commercial bank,

        Defendant.

## [Proposed] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

THIS MATTER comes before the Court on Plaintiff's Motion to Dismiss Second Amended Complaint ("Motion").

The Court, having reviewed same and being otherwise advised in the premises, hereby ORDERS that the Motion is GRANTED.  The Second Amended Complaint is dismissed with prejudice.

DATED: _____     BY THE COURT: _____
                                                                       Raymond P. Moore
                                                                        District Court Judge