IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:   11-cv-01220-RM-BNB | Date: February 19, 2014 |
| Courtroom Deputy:   Brandy Simmons | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| TRIAD BANK,  **Plaintiff,**  v.  FIRST-CITIZENS BANK & TRUST COMPANY,  **Defendant.** | *Geraldine A. Brimmer*  *Joseph Ernest Martineau*    *Stuart N. Bennett* |

### COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:  10:00 a.m.

Appearance of counsel.

Parties discuss status of case.

Parties request to defer any deadlines or settings until this Court has made a recommendation on the pending Motion to Dismiss.

Plaintiff's oral motion to allow filing of surreply is GRANTED. Surreply is due on or before March 1, 2014.

The Court defers any further settings until it has made a recommendation on the Defendant's Motion to Dismiss Second Amended Complaint [65] filed on December 20, 2013.

Court in Recess:  10:16 a.m.   Hearing concluded.    Total time in Court: 00:16

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.