# Maxwell Place, LLC

March 11, 2011

**VIA U.S. Mail**
Colorado Capital Bank
1434 Spruce Street, Suite 110
Boulder, Colorado 80302
Attention: Robert Haas and Peter Lindquist

Re:   Maxwell Place, LLC

Dear Mr. Haas and Mr. Lindquist:

We are in receipt of the letter from Maxwell Place, LLC ("Borrower") dated March 10, 2011 responding to the letter from your attorney, Hunter Ellington, dated February 23, 2011. We have further requested and received a copy of the February 23, 2011 letter from borrower. We are deeply concerned regarding Colorado Capital Bank's ("Subordinate Lender") willful default on its obligation to fund the required principal under the Infrastructure Promissory Note.

As you are aware, Ironwood Capital, LLC ("Senior Lender") agreed to fund a portion of the Borrower's acquisition of the Maxwell Place property. In doing so, it relied on the ownership and loan structure agreed upon by the parties as reflected in the recitals of the Intercreditor Agreement dated October 22, 2010 by and among, Senior Lender, Subordinate Lender and Borrower. The success of the project and ability of each of the lenders to realize upon the benefit of their bargain depends greatly upon maximizing the project's value through development as a single family residential development. The first step in achieving that goal requires the construction of the infrastructure using the $1,245,000 in funds Colorado Capital Bank committed to lend to the Borrower. The bank's willful default on its infrastructure loan funding obligation will cause Senior Lender significant damage.

Further, with respect to the notice in the February 23, 2011 letter stating that Colorado Subordinate Lender will not process any further advance requests, echoing the comments of Borrower in its response, such process was not included in the intercreditor agreement as a tool to prohibit construction, but rather to ensure the bank had a right to review the reasonableness of the expenditures. Refusal to process draws for homes to be built using the funds of the senior lender is a secondary default which will also cause Senior Lender to incur significant damages. Accordingly, in order to limit its potential damages resulting from the bank's default, Senior Lender will continue to process advance requests received from Borrower and submit the same to Subordinate Lender for its review as to appropriateness of expenses contained therein.

**MaxwellPlace00007**

<u>Exhibit 1</u>

Robert Haas & Peter Lindquist
Colorado Capital Bank
March 11, 2011
Page 2

Please contact us to discuss proceeding the agreed upon development of the project.

        Very truly yours,

        Ironwood Capital, LLC
        By Brian Pauls
        Authorized Signatory

cc:    Hunter Ellington, Lindquist and Vennum
       J. Kevin Ray, Campbell Killin Brittan & Ray
       Chris Manley, Maxwell Place, LLC

MaxwellPlace00008