IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 11-cv-01220-RM-BNB

TRIAD BANK, A Missouri chartered bank

    Plaintiff,

vs.

FIRST-CITIZENS BANK & TRUST COMPANY,
a North Carolina chartered commercial bank,

    Defendant.

### TRIAD BANK'S CORRECTED CERTIFICATE OF SERVICE FOR RESPONSE TO DEFENDANT'S OBJECTIONS TO RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE [DOC. #73]

The undersigned hereby corrects the certificate of service to the Response of Triad Bank to Defendant's Objections to Recommendation of the United States Magistrate Judge to reflect that that a copy of same was filed and served via the Court's electronic filing system, on the 16th day of September, 2014, on:

Stuart N. Bennett
Aaron D. Goldhamer
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: 303/376-8410
E-mail:    sbennett@joneskeller.com
            agoldhamer@joneskeller.com

                        Respectfully submitted

                        By: s/ Joseph E. Martineau
                            Joseph E. Martineau
                            LEWIS, RICE & FINGERSH, L.C.
                            600 Washington, Suite 2500
                            St. Louis, Missouri 63101
                            Tel: 314/444-7729; Fax: 314/612-7729
                            E-mail: jmartineau@lewisrice.com

                    Geraldine A. Brimmer
                    HOLLAND & HART, LLP
                    One Boulder Plaza
                    1800 Broadway, Suite 300
                    Boulder, Colorado  80302
                    Tel: 303/473-2733; Fax: 303/473-2720
                    E-mail: gbrimmer@hollandhart.com

                    ATTORNEYS FOR PLAINTIFF TRIAD BANK