IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01220-RM-NYW

TRIAD BANK,

    Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER, Document No. 80, of Judge Raymond P. Moore entered on March 30, 2015, it is

    ORDERED that the Report and Recommendation [ECF No. 73] is APROVED and ADOPTED.  It is

    FURTHER ORDERED that the Motion to Dismiss [ECF No. 65] is GRANTED.

    FURTHER ORDERED that judgment is entered in favor of the defendant, FIRST-CITIZENS BANK & TRUST COMPANY, and against the plaintiff, TRIAD BANK.

    Dated at Denver, Colorado this 31st day of March, 2015.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

By: s/   J. Dynes
J. Dynes
Deputy Clerk